UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Cause No. 1:22-cv-00051-TWP-TAB |
| | ) |
| $34,000.00 UNITED STATES CURRENCY, | ) |
| | ) |
| Defendant. | ) |

## **DEFAULT JUDGMENT**

Plaintiff, the United States of America, has moved pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure for entry of judgment by default. Plaintiff has shown that there was reasonable cause for seizure of the Defendant Property. The individual from whom the Defendant Property was seized, Pricilla Belen Fraire, and the intended recipient, Amanda Aguilar, were served and failed to file a claim or an answer in this action. A Clerk's Entry of Default was entered on July 28, 2022, against Pricilla Belen Fraire and Amanda Aguilar and all other potential claimants having an interest in the Defendant Property. The Court deems that potential claimants Pricilla Belen Fraire and Amanda Aguilar admit the allegations of the Complaint to be true.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that judgment by default is now entered pursuant to Rule 55(b)(2) against all potential claimants, and the Defendant Property is hereby FORFEITED to the United States of America. The United States is ordered to dispose of said property according to law.

IT IS ALSO HEREBY DECREED that there was reasonable cause for the seizure of the Defendant Property as that term is used in Title 28, United States Code, Section 2465 and that any and all persons connected with the seizure of the Defendant Property, or any person connected with the bringing of this action will not be liable to suit or judgment on account of this suit or prosecution.

Date: 8/17/2022

Roger A.G. Sharpe, Clerk

BY: _____

Deputy Clerk, U.S. District Court

Hon. Tanya Walton Pratt, Chief Judge
United States District Court
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the Court's ECF system

Service via first class U.S. Mail on:

Pricilla Belen Fraire
1612 Marietta St.
South Bend, IN 46613

Amanda Aguilar
9000 Tampa Ave.
Northridge, CA 91324